UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>          v.<br><br>RELATED COMPANIES LLP et al.<br><br>                    Defendants. | Case No. 22-cv-01738<br><br>**<u>RULE 7.1 DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Related Companies, L.P. hereby certifies that said company has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated:   New York, New York
         March 31, 2022

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

By:   /s/ *Georgia K. Winston*
      Sean Haran
      Georgia K. Winston
      250 Vesey Street, 27th Floor
      New York, New York 10281
      Tel: (212) 335-2030
      seanh@wmhlaw.com
      gwinston@wmhlaw.com

*Attorneys for Defendants*