UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>           v.<br><br>RELATED COMPANIES LLP et al.<br><br>                    Defendants. | Case No. 22-cv-01738<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bridge Land West LLC hereby certifies that said company has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated:  New York, New York
        March 31, 2022

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

By:  /s/ *Georgia K. Winston*
Sean Haran
Georgia K. Winston
250 Vesey Street, 27th Floor
New York, New York 10281
Tel: (212) 335-2030
seanh@wmhlaw.com
gwinston@wmhlaw.com

*Attorneys for Defendants*