Honorable Vernon S. Broderick, U.S.D.J.                    June 22, 2022
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007


Re: Jane Doe v. Related Companies LLP, et al, Case No. 1:22-cv-01738-VSB

Dear Honorable Broderick,

This letter responds to the letter request submitted to the Court by Walden, et cie, dated June 14,2022 asking the Court to adjudicate its Motion to Dismiss in the above-captioned case. I write to make it clear that it ABSOLUTELY was my intention to withdraw this case under Rule 41 against ALL DEFENDANTS. Not specifically listing every single defendant was an error. It did not indicate an intention on my part to dismiss only the defendant that I specifically named. As a layman, I did not realize that I had to explicitly name every single defendant in order for this withdrawal to be effective against all of them. Although because I intended to withdraw this case in its entirety, I don't recall actually thinking about this point specifically, I don't understand why my referencing the case by its number was not effective to make my withdrawal applicable to the entire Complaint that I had filed, and hence applicable to all party's defendant named in that Complaint, whether referenced individually or not.
I hope that this explanation suffices to affect my original intention to withdraw my case as against ALL, EACH, AND EVERY DEFENDANT without any additional steps being necessary. Nonetheless, out of an abundance of caution, I am asking the Court to specifically instruct me if more steps are necessary. For example, do I need to REFILE the exact withdrawal I submitted in May but naming each defendant this time? I will gladly do whatever the Court requires to affect my original intent. In fact, just to make sure to achieve this result immediately, without further delay, I am attaching a REVISED VERSION of the original filing that names each defendant so as to technically comply with Walden's articulated concern. Since the defendants have not filed an answer, I assume that the withdrawal is effective immediately per the allowances of Rule 41. If it is not necessary, I respectfully ask the Court to disregard it.


Respectfully,

Jane Doe
ProSe